UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GAZI SOMAN     CIVIL ACTION

VERSUS

TARGET CORPORATION OF     NO. 20-00649-BAJ-EWD
MINNESOTA, ET AL.

## RULING AND ORDER

This is a slip-and-fall case. Plaintiff filed his original Petition For Damages on June 5, 2020, in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana. (Doc. 1-6). On September 29, 2020, Defendants Target Corporation of Minnesota ("Target") and Target Store Director David Lynch removed Plaintiff's action to this District, invoking the Court's diversity jurisdiction. (Doc. 1). Relevant here, Defendants' removal papers alleged that diversity jurisdiction is established despite Plaintiff and Mr. Lynch each being Louisiana citizens because Plaintiff has "no arguable claims against [Mr. Lynch]," and therefore Mr. Lynch is improperly joined and his citizenship must be disregarded for purposes of the diversity analysis. (*See* Doc. 1 at ¶¶ 18-20).

Presently before the Court is Plaintiff's opposed **Motion For Remand (Doc. 11)**, seeking remand to state court on the basis that Mr. Lynch is a proper party to this action, thus destroying diversity. The Magistrate Judge has issued a **Report and Recommendation (Doc. 14)**, recommending that Plaintiff's Motion be denied because Defendants have met their burden of establishing that Mr. Lynch was

improperly joined, and therefore his citizenship should be disregarded. In sum, the Magistrate Judge concludes:

> The vague allegations in the Petition as to Lynch are insufficient to state a claim against him. Even if the Petition did state a claim, Removing Defendants have presented discrete, undisputed facts to establish that Lynch was not present when Plaintiff's accident allegedly occurred, such that he could not have been aware of, nor created, the hazardous condition about which Plaintiff complains. Accordingly, the Motion to Remand should be denied, and Plaintiff's claim against Lynch dismissed without prejudice.

(Doc. 14 at p. 11). There are no objections to the Magistrate Judge's Report and Recommendation.

Having carefully considered Defendants' removal papers, Plaintiff's Motion, and related filings, and in the absence of any objection from Plaintiff, the Court **APPROVES** the Magistrate Judge's Report and Recommendation (Doc. 14), and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion For Remand (Doc. 3)** be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant David Lynch be and are hereby **DISMISSED WITHOUT PREJUDICE**, and that Mr. Lynch be and is hereby **DISMISSED** from this action.

**IT IS FURTHER ORDERED** that this matter be and is hereby referred back to the Magistrate Judge for entry of a scheduling order as to Plaintiff's remaining

claims against Defendants Target Corporation of Minnesota and ABC Insurance Company.

Baton Rouge, Louisiana, this 23rd day of February, 2022

                                       *Brian A. Jackson*
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**